IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARROWOOD INDEMNITY CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:08-cv-812-MEF |
| ) | |
| MACON COUNTY GREYHOUND, ) | (WO) |
| PARK, INC. and RONNIE LAWRENCE, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of Defendant Macon County Greyhound Park, Inc.'s Motion to Remove this Matter from the Court's Administrative Docket and Reinstate as an Active Matter (Doc. #26), it is hereby

ORDERED that

(1) Plaintiff shall be required to show cause why this motion should not be granted by no later than 5:00 p.m. on Monday, November 16; and

(2) Defendants may file a reply by no later than 5:00 p.m. on Thursday, November 19.

DONE this the 12th day of November, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE