IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARROWOOD INDEMNITY CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:08-cv-812-MEF |
| ) | |
| MACON COUNTY GREYHOUND, ) | (WO) |
| PARK, INC. and RONNIE LAWRENCE, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The Court stayed this action pending completion of the appeal in *Ronnie Lawrence v. Macon County Greyhound Park* in the Supreme Court of Alabama, No. 1071754, or the resolution of this dispute through negotiated settlement (Doc. #13).  That appeal has been completed (*see* Doc. #29). Therefore, it is hereby

ORDERED that Defendant Macon County Greyhound Park, Inc.'s Motion to Remove this Matter from the Court's Administrative Docket and Reinstate as an Active Matter (Doc. #26) is GRANTED.

DONE this the 23rd day of November, 2009.

    /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE