IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARROWOOD INDEMNITY CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:08-cv-812-MEF |
| ) | |
| MACON COUNTY GREYHOUND, ) | (WO) |
| PARK, INC. and RONNIE LAWRENCE, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of the Report of Parties' Planning Meeting (Doc. #38), filed December 18, 2009, and the status conference held at 9:00 a.m. on January 7, 2010, the Court issues this limited scheduling order.

It is hereby ORDERED that the following deadlines are contingent upon the dismissal of the asserted bad faith counterclaim (*see* Doc. #32). It is further ORDERED that

(1) The parties shall complete limited discovery for the purpose of filing dispositive motions **on or before March 8, 2010**. Failure to complete discovery **shall not** be sufficient grounds to extend the dispositive motion deadline; and

(2) Any dispositive motions, i.e., motions to dismiss or motions for summary judgment, shall be filed no later than **April 8, 2010**. A brief and all supporting evidence shall be filed with any such motion. In all briefs by any party relating to the motion, the discussion of the evidence in the brief must be accompanied by a specific reference, by page and line, to where the evidence can be found in a supporting deposition or document. Failure to make

such specific reference will result in the evidence not being considered by the court.

DONE this the 7th day of January 2010.

                                                       /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE