IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ARROWOOD INDEMNITY CO.,           )
                                  )
        Plaintiff,                )
                                  )
v.                                )   CASE NO. 3:08-cv-812-MEF
                                  )
MACON COUNTY GREYHOUND,           )   (WO)
PARK, INC.,                       )
                                  )
        Defendant.                )

**O R D E R**

Pursuant to the Joint Stipulation of Dismissal Without Prejudice filed on January 20, 2010 (Doc. #41), it is hereby

ORDERED that Count II (bad faith) of Defendant's Counterclaim (Doc. #32) is DISMISSED without prejudice.

DONE this the 22nd day of January, 2010.

        /s/ Mark E. Fuller
    CHIEF UNITED STATES DISTRICT JUDGE