IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARROWOOD INDEMNITY CO., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:08-cv-812-MEF |
| | ) |
| MACON COUNTY GREYHOUND, | ) (WO) |
| PARK, INC., | ) |
| | ) |
|    Defendant. | ) |

**O R D E R**

Pursuant to the Joint Stipulation of Dismissal Without Prejudice filed on January 20, 2010 (Doc. #41), it is hereby

ORDERED that Count II (bad faith) of Defendant's Counterclaim (Doc. #32) is DISMISSED without prejudice.

DONE this the 22nd day of January, 2010.

                                              /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE