IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ARROWOOD INDEMNITY COMPANY | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:08-cv-812-MEF |
| | ) | |
| MACON COUNTY GREYHOUND PARK, INC. | ) | (WO) |
| | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the prior orders of the Court it is ORDERED and ADJUDGED as follows:

1)  On Plaintiff Arrowood Indemnity Company's ("Arrowood") claims against Defendant Macon County Greyhound Park, Inc. ("MCGP"), judgment is ENTERED in favor of Plaintiff Arrowood and against Defendant MCGP.  Furthermore, it is DECLARED that Arrowood has no legal duty under the Big Shield Commercial Catastrophe Policy No. P2HN019976 to indemnify MCGP in connection with *Lawrence v. Macon County Greyhound Park, Inc. , et al.*, case number CV-05-23 in the Circuit Court of Macon County, Alabama.

2) On Counterclaim Plaintiff MCGP's counterclaim for breach of contract against Counterclaim Defendant Arrowood, judgment is ENTERED in favor of Counterclaim Defendant Arrowood and against Counterclaim Plaintiff MCGP.

3) It is further ORDERED that costs are hereby TAXED against MCGP and in favor of Arrowood, for which execution may issue.

4) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 3rd day of December, 2010.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE